# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00276-CV

**Greg Abbott, Attorney General of Texas, and
Southwest Texas State University, Appellants**

**v.**

**Samuel Tarsitano, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN204225, HONORABLE ROSE SPECTOR, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Greg Abbott, Attorney General of Texas, and Southwest Texas State University have filed an unopposed motion to dismiss their appeal. *See* Tex. R. App. P. 42.1(a)(2). We grant the motion and dismiss the appeal.

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellants= Motion

Filed:   June 19, 2003